```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   BESTWAY INFLATABLES & MATERIAL      ) Case No. 24 C 11696
     CORP.,                              )
 4                                       )
                     Plaintiff,          )
 5                                       )
         v.                              )
 6                                       )
     THE INDIVIDUALS, CORPORATIONS,      )
 7   LIMITED LIABILITY COMPANIES,        )
     PARTNERSHIPS, AND UNINCORPORATED    )
 8   ASSOCIATIONS IDENTIFIED ON          )
     SCHEDULE A HERETO,                  ) Chicago, Illinois
 9                                       ) March 13, 2025
                     Defendants.         ) 9:31 a.m.
10

11                       TRANSCRIPT OF PROCEEDINGS
                   BEFORE THE HONORABLE ROBERT W. GETTLEMAN
12

13   APPEARANCES:

14   For the Plaintiff:     HUGHES SOCOL PIERS RESNICK & DYM, LTD.
                            BY:  MR. JOHN WILSON
15                          70 W. Madison Street, Suite 4000
                            Chicago, Illinois  60602
16

17

18

19
     Court Reporter:        NANCY L. BISTANY, CSR, RPR, FCRR
20                          Official Court Reporter
                            219 S. Dearborn Street, Room 1706
21                          Chicago, Illinois  60604
                            Telephone:  (312) 435-7626
22                          bistanyofficialtranscripts@gmail.com

23                            *   *   *   *   *

24
                    PROCEEDINGS REPORTED BY STENOTYPE
25      TRANSCRIPT PRODUCED USING COMPUTER-AIDED TRANSCRIPTION
```

1        (Proceedings heard in open court and via Webex:)
2            THE CLERK:  24 C 11696, Bestway Inflatables & Material
3    Corp. versus The Individuals.
4            If plaintiff's counsel can please state their name for
5    the record.
6            MR. WILSON:  Good morning, Your Honor.
7            John Wilson for the plaintiff.
8            THE COURT:  All right.  There's a motion for entry of
9    default judgment.  The problem that I have with it is -- well,
10   first of all, do you expect any defendants to be on the line
11   today?
12           MR. WILSON:  I do not, Your Honor.
13           THE COURT:  All right.  We just recently were educated
14   about Article 15 of the Hague Convention, which says it has to
15   be at least six months after service.  I'm looking at it right
16   now.
17           So it hasn't been -- I think you served them in
18   December, was it, right?
19           MR. WILSON:  Your Honor, we served defendants in
20   January.
21           THE COURT:  In January.  So it hasn't been six months.
22           MR. WILSON:  No.
23           THE COURT:  So we have to continue this for six
24   months.
25           We have been entering these things, I think,

1  improperly.  Most of the defendants don't appear, but I don't
2  want to be in violation of the convention, so I think we just
3  have to continue this.
4        Do you have a date in January that you served them?
5        MR. WILSON:  Yes, Your Honor.  Defendants were served
6  on January 24th.  I believe plaintiff filed a summons, and
7  that's docket entry No. 35.
8        THE COURT:  Okay.  So we have to continue this
9  until -- now, are all of these defendants -- now, you know, I
10 haven't looked at the -- I think I did actually look at the --
11 it was difficult to know.
12       Were all of these defendants foreign defendants?
13       MR. WILSON:  Yes, Your Honor, all defendants are
14 foreign defendants.
15       THE COURT:  Yes, so that's the problem we have here.
16       So let's continue this to July 24th.
17       THE CLERK:  At 9:15, Your Honor.
18       THE COURT:  Okay.  So I think you can just -- I don't
19 know if you have to do anything else until then, but at that
20 point, we could probably go ahead and enter it unless somebody
21 comes in -- comes forward.  But I think we have to --
22       MR. WILSON:  Thank you, Your Honor.
23       THE COURT:  We have to be mindful of this.  I had not
24 known about this until just recently.  One of the defendants
25 brought this up, and they are correct.

1               All right.  We will see you then.
2               MR. WILSON:  Thank you, Your Honor.
3               THE COURT:  All right.
4          (Proceedings concluded at 9:34 a.m.)
5
6
7
8
9
10                         *   *   *   *   *
11
12          I certify that the foregoing is a correct transcript, to
13   the extent possible, of the record of proceedings in the
14   above-entitled matter given the limitations of conducting
15   proceedings via Webex.
16
17   */s/ NANCY L. BISTANY*                                  *April 11, 2025*
     NANCY L. BISTANY, CSR, RPR, FCRR
18   Official Court Reporter