UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Bestway Inflatables & Material Corp.

        Plaintiff,

v.

Case No.: 1:24−cv−11696

Honorable Robert W. Gettleman

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto

        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 24, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Telephonic hearing held on 7/24/2025. No defense counsel appeared on the hearing. Plaintiff's counsel certified on the record that that the address of each of the defendants that they seek a default judgment against are unknown after they made reasonable and diligent efforts to determine their the addresses. Based on these representations and the reasons stated on the record, Plaintiff's Motion for Entry of Default and Default Judgment Against the Defendants Identified in Schedule A [36] is granted. Enter order. Civil case terminated. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.