# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BESTWAY INFLATABLES & MATERIAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, <br><br> Defendants. | Case No. 24-cv-11696 <br><br> Judge Robert W. Gettleman |

**FINAL JUDGMENT ORDER**

This action having been commenced by BESTWAY INFLATABLES & MATERIAL CORP., INC. ("Plaintiff") against the defendants identified in the attached Amended Schedule A and using the Online Marketplace Accounts (collectively, the "Defendant Online Marketplace Accounts"), and Plaintiff having moved for entry of Default and Default Judgment against the defendants identified in Schedule A attached hereto (collectively, the "Defaulting Defendants"), and entry of default judgment in this matter disposing of all remaining defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from third party platforms and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered the Complaint or appeared in any way, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing counterfeit versions of BESTWAY Trademarks.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful trademark infringement and counterfeiting (15 U.S.C. § 1114, et seq.), false designation of origin (15 U.S.C. § 1125(a)) and violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, et seq.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED, Defaulting Defendants are deemed in default and this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

   a. using the BESTWAY Trademarks or any confusingly similar trademark or name in any manner in connection with the distribution, marketing,

advertising, offering for sale, or sale of any products that are not genuine BESTWAY products or are not authorized by Plaintiff to be sold in connection with the BESTWAY Trademarks;

b. passing off, inducing, or enabling others to sell or pass off any products as genuine BESTWAY products or any other products produced by Plaintiff, that are not Plaintiff's or are not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the BESTWAY Trademarks;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the BESTWAY Trademarks or any confusingly similar trademark or name;

e. using, linking to, transferring, selling, exercising control over, or otherwise owning the Online Marketplace Accounts or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell counterfeiting products bearing the BESTWAY Trademarks;

2. Those in privity with Defaulting Defendants and with actual notice of this Order, including any online marketplaces such as iOffer, Alibaba, AliExpress and Alipay, social media

platforms, Facebook, YouTube, LinkedIn, Twitter, Internet search engines such as Google, Bing and Yahoo, and web hosts for the Defendant Online Marketplace Accounts, shall within five (5) business days of receipt of this Order:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of counterfeit and infringing goods using the BESTWAY Trademarks, including any accounts associated with the Defaulting Defendants listed in Amended Schedule A attached hereto;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the BESTWAY Trademarks; and

3. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of counterfeit BESTWAY Trademarks on products sold through at least the Defendant Internet Stores.

4. Alibaba, AliExpress and Alipay shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

5. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by Alibaba, AliExpress and Alipay, are hereby released to Plaintiff as partial payment of the above-identified damages, and Alibaba, AliExpress and Alipay are ordered to

release to Plaintiff the amounts from Defaulting Defendants' Alibaba, AliExpress and Alipay accounts within ten (10) business days of receipt of this Order.

6. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on Alibaba, AliExpress and Alipay in the event that any new Alibaba, AliExpress and Alipay accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Alibaba, AliExpress and Alipay, shall within five (5) business days:

    a. Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any Alibaba, AliExpress and Alipay accounts;

    b. Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. Release all monies restrained in Defaulting Defendants' Alibaba, AliExpress and Alipay accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

7. Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, or other financial institutions (collectively, the "Financial Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall within five (5) business days:

a. Locate all accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites;

b. Restrain and enjoin such accounts from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

c. Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Plaintiff identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibit 2 to the Declaration of Eric Li and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Final Judgment.

Dated: July 24, 2025.

_____
The Honorable Robert W. Gettleman
United States District Judge

# SCHEDULE A

| No. | Defendant Name / Alias |
|---|---|
| 1 | "on the way" Store |
| 2 | 1688 3C Electronics Direct Store |
| 3 | AAA Sports Store |
| 4 | Accessories For Xiaomi Robot Store |
| 5 | AETOP Outdoor Store |
| 6 | Ali-Outdoor Discount Store |
| 7 | BLNLF home tool store Store |
| 8 | Brilliant House Dropshipping Store |
| 9 | Cheerful Sports Girl Store |
| 10 | Climbing Beast Store |
| 11 | Daily Handcraft Store |
| 12 | Darcy's Toy Store |
| 13 | Digital Manufacturer Store |
| 14 | Enjoying & Playing Store |
| 15 | Enjoying Exercise Store |
| 16 | Everything for House Store |
| 17 | Excellent Sports Store |
| 18 | Fitness - Body Building Store |
| 19 | Get Outdoor Funny Store |
| 20 | Global Commercial Furniture Store |
| 21 | GoodLucky First Store |
| 22 | Handbag Dropshipping Store |
| 23 | Hi-Light Store |
| 24 | HW City Store |
| 25 | Isfriday Home Furnishings Store |
| 26 | Jinchen Furniture Global Store Store |
| 27 | JULYHOT Store |
| 28 | Lets Runningwind Store |
| 29 | Lili&#39;s Small Shop Store |
| 30 | LK23 Store |
| 31 | Lucky baby Store Store |
| 32 | Luffy Outdoor Sport Store |
| 33 | Marshon Store |
| 34 | MIjia11 Store |
| 35 | MOJOYCE Factory Store |
| 36 | My Fashion-Bag Store |

| | |
|---|---|
| 37 | My New Bag Store |
| 38 | My Prettyhome Store |
| 39 | OLOEY Xiaomi Store |
| 40 | Outdoor Product Store |
| 41 | Outdoor Sportworld Store |
| 42 | Pleasurable Shopping Day Store |
| 43 | Poetic Life 01 Store |
| 44 | Robot cleaner parts Store |
| 45 | Selected Electrical Accessories Store |
| 46 | Shenzhen Steven company Store |
| 47 | Shop1102164398 Store |
| 48 | Shop1102336830 Store |
| 49 | Shop1102471173 Store |
| 50 | Shop1102624061 Store |
| 51 | Shop1102641798 Store |
| 52 | Shop1102703389 Store |
| 53 | Shop1102735315 Store |
| 54 | Shop1102811039 Store |
| 55 | Shop1102859641 Store |
| 56 | Shop1103077857 Store |
| 57 | Shop1103442136 Store |
| 58 | Shop1103556187 Store |
| 59 | Shop1103614716 Store |
| 60 | Shop1103618140 Store |
| 61 | Shop1103620098 Store |
| 62 | Shop1103657143 Store |
| 63 | Shop1103973196 Store |
| 64 | Shop1104055099 Store |
| 65 | Shop1104060162 Store |
| 66 | Simon Sport Store |
| 67 | St-Mandy Store |
| 68 | Star-ACE Store |
| 69 | Temay outdoor S-port Store |
| 70 | Timewalker Store |
| 71 | TOP AE Mall Store |
| 72 | Top Sports Tech Store |
| 73 | Top-Handicraft Dropshipping Store |
| 74 | university store |

| | |
|---|---|
| 75 | XIAMI IN EC Store |
| 76 | Xiao Mi In EU Store |
| 77 | xiaomi accessories Store |
| 78 | Yida Tool Accessories Store |
| 79 | You Want Store |
| 80 | YU01 Store |
| 81 | ZD Healthy Life Store |
| 82 | 007 Furniture Tools Store |
| 83 | 3C Electro-World Store |
| 84 | 3C-World Dropshipping Store |
| 85 | An Amazing Furniture Store Store |
| 86 | Annie Beautiful Life Home Furnishings Store |
| 87 | Arknights-4 Store Store |
| 88 | Bestway Swimwear Store |
| 90 | Big Treasure House Store |
| 91 | body-slim Store |
| 92 | BPfire Factory Official Store |
| 93 | Cenation Store |
| 94 | chenchen 2 Store |
| 95 | China Shenzhen instrument factory Store |
| 96 | CleanHouse Appliance Store |
| 97 | CYLL Store |
| 98 | Daily Necessities Treasures Home Store Store |
| 99 | DAILYDEALS Store |
| 100 | datong1888 Store |
| 101 | Family Villa Shu Store |
| 102 | Fashionable bags online Store |
| 103 | Global Outdoor Sporting Store |
| 104 | Global Tools Dropshipping Store |
| 105 | Golden Home Store |
| 106 | Good Life 666 Store |
| 107 | Good Neighbor Home Store |
| 108 | Handicrafts Cross-Stitch Store |
| 109 | Happy Hut Store |
| 110 | Have-Love Life Store |
| 111 | HEYHEY Worldwide Dropshipping Store |
| 112 | Home Gardening Pet Supplies Store |
| 113 | Home Harmony Store |

| | |
|---|---|
| 114 | Homeware Center Store |
| 115 | Homeware Store |
| 116 | HOSPORT Art House Store |
| 117 | HOSPORT Light Store |
| 118 | HOSPORT Official Store |
| 119 | House Of Treasures Store |
| 120 | House Suncatcher Store |
| 121 | Hunan Factory Direct Store Store |
| 122 | JIABANG S Store |
| 123 | jinyuge16888 Store |
| 124 | Jqmy_03 Store |
| 125 | JunmujinsenShop1 Store |
| 126 | lans tool Store |
| 127 | LED Lighting World Store |
| 128 | Li XueBrain Cave Widely Opened Store |
| 129 | Light Luxury Living Home Store |
| 130 | Lucky Xixi Store Store |
| 131 | LZSHY Global Tool Dropshipping Store |
| 132 | M-Life Store |
| 133 | Maidi Store |
| 134 | Manna Store |
| 135 | MIRACLE Selection Supermarket Store |
| 136 | MoreBetty Store |
| 137 | Nice Choice Store |
| 138 | OL-Shine Store |
| 139 | Outdoor Enjoying Store |
| 140 | Outdoor Sports Tool Store |
| 141 | Outdoor-Sport Fitness Store |
| 142 | PC New Product Store |
| 143 | PC Peripheral Store |
| 144 | Personal Professional Tools Store |
| 145 | Pippo Store |
| 146 | Professional Bathroom Equipment Store |
| 147 | RRLFCS Furniture Direct Factory Store |
| 148 | Russelling Store |
| 149 | Seashells Personal Care Store Store |
| 150 | Shop1100048027 Store |
| 151 | Shop1102156065 Store |

| | |
|---|---|
| 152 | Shop1102211212 Store |
| 153 | Shop1102211393 Store |
| 154 | Shop1102460180 Store |
| 155 | Shop1102499115 Store |
| 156 | Shop1102766257 Store |
| 157 | Shop1102826187 Store |
| 158 | Shop1102836209 Store |
| 159 | Shop1102894632 Store |
| 160 | Shop1102927849 Store |
| 161 | Shop1102982008 Store |
| 162 | Shop1102982774 Store |
| 163 | Shop1102988048 Store |
| 164 | Shop1103035608 Store |
| 165 | Shop1103054283 Store |
| 166 | Shop1103272148 Store |
| 167 | Shop1103310274 Store |
| 168 | Shop1103554311 Store |
| 169 | Shop1103631262 Store |
| 170 | Shop1103652131 Store |
| 171 | Shop1103737172 Store |
| 172 | Shop1103837004-0513 Store |
| 173 | Shop1103844113 Store |
| 174 | Shop1103857278 Store |
| 175 | Shop1103859583 Store |
| 176 | Shop1103861415 Store |
| 177 | Shop1103882408 Store |
| 178 | Shop1103890990 Store |
| 179 | Shop1103895166 Store |
| 180 | Shop1103932250 Store |
| 181 | Shop1103946451 Store |
| 182 | Shop1103948408 Store |
| 183 | Shop1104032257 Store |
| 184 | Shop1104033506 Store |
| 185 | Shop1104036227 Store |
| 186 | Shop5254049 Store |
| 187 | Shop5403036 Store |
| 188 | Shop5637336 Store |
| 189 | Shop900253452 Store |

| | |
|---|---|
| 190 | Show +++ Store |
| 191 | Small grapes Store |
| 192 | Solify_02 Store |
| 193 | Sportsdiary Store |
| 194 | Strive Upwards Store |
| 195 | Strovan Angel Home Department Store Store |
| 196 | Sunshine Sport Store |
| 197 | Susiy Store |
| 198 | The Chosen One Store |
| 199 | Thick Fish Store |
| 200 | This Is Sincere And Friendly 01 Store |
| 201 | TOOLS BOX Store |
| 202 | Trendy Life Store |
| 203 | V & V Outdoor Store |
| 204 | Vacuum-Parts Store |
| 205 | VARONGHKOO Store |
| 206 | Vertex Furniture Store Store |
| 207 | VKTECH Official Store |
| 208 | Weiming Home Furnishings Store |
| 209 | Wholesale-L Store |
| 210 | WODEC Home And Tools Supermarket Store |
| 211 | Xiangxiang Factory Direct Sales Store Store |
| 212 | Xiaoqing Supreme Quality Life Store Store |
| 213 | XIN DUO DUO 009 Store |
| 214 | Your Convenient House Store |
| 215 | Ziying Home Store |
| 216 | Airtight Inflatable Products (Xiamen) Co., Ltd. |
| 217 | Changsha Yaojia Technology Co., Ltd. |
| 218 | Dongguan Bronco Filter Co., Ltd. |
| 219 | Foshan Whirlbath Import And Export Trade Co., Ltd. |
| 220 | Henan Aklly Filter Engineering Co., Ltd. |
| 221 | Henan Cuiang Construction Engineering Co., Ltd. |
| 222 | Jiangsu Xianyun Yehe Outdoor Products Co., Ltd. |
| 223 | Masho Trend |
| 224 | Shanghai Qiao Qing Industrial Co., Ltd. |
| 225 | Shenzhen Baiterui Electronics Co., Ltd. |
| 226 | Shenzhen Mic Tech Co., Ltd. |
| 227 | Shenzhen Typhon Technology Co., Ltd. |

| 228 | Shunhe District Dinghong Plastic Product Sales Department |
|---|---|
| 229 | Sport International Trade (luoyang) Co., Ltd. |
| 230 | Tianjin King Bright International Trade Co., Ltd. |
| 231 | Tongxiang Fangxiang Filter Co., Ltd. |
| 232 | Tongxiang Refine Filter Co., Ltd. |
| 233 | Tongxiang Yinrui Technology Co., Ltd. |
| 234 | Twox |
| 235 | Xiamen Ulike International Trade Ltd. |
| 236 | Xinlin (shenzhen) Tech Co., Ltd. |
| 237 | Xinxiang City Huahang Filter Co., Ltd. |
| 238 | Yuncheng Huiston Environmental Protection Technology Co., Ltd. |
| 239 | YUNDA H&H TECH (Tianjin) CO., LTD. |